IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                      CRIMINAL NO. 2:05-cr-29-KS-JMR-004

ALLEN SIMS

ORDER

THIS CAUSE IS BEFORE THE COURT on Motion [180] to Reduce Sentence pursuant to First Step Act. The Court has reviewed the Motion as well as the records herein and finds that the Movant, Allen Sims has not demonstrated to the Court that he is entitled to relief from the First Step Act, and said Motion be and the same is, hereby DENIED.

SO ORDERED this the ___9th___ day of February, 2021.

_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE